STATE v. LYNCH

No. 242A93-3

Case below: Gaston County Superior Court

Motion by defendant for temporary stay denied 6 January 2000.

STATE v. MELVIN

No. 32P00

Case below: 136 N.C.App. 233

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.

STATE v. PEREZ

No. 576P99

Case below: 135 N.C.App. 543

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 March 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.

STATE v. PERSON

No. 517P99

Case below: 135 N.C.App. 233

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

STATE v. PILKINGTON

No. 528P99

Case below: 135 N.C.App. 233

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 February 2000.